Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
410 S Orchard St.
Suite 144
Boise, ID  83705
(208) 342-1590
gugino@cableone.net

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| In Re: | CHAPTER 7 |
|---|---|
| PROCTOR, LARRY S.<br>PROCTOR, NANCY ANN | CASE NO. 10-02815-TLM |
| Debtor(s) | NOTICE OF SALE BY TRUSTEE |

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363, Bankruptcy Rule 6004 (b).  This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, ID 83724) and the Trustee on or before seven days prior to the sale date.

1. DESCRIPTION OF PROPERTY TO BE SOLD:  Debtors' rights in five (5) Idaho state court money judgments:
   a. *Proctor v. Britt* (CV-2008-0006169-C): money judgment for $1,837.05.

   b. *Proctor v. Lane* (CV-2008-0007352-C): money judgment for $5,070.00 (Defendant has already paid $3,217.79).

   c. *Proctor v. Newby* (CV-2007-0000580-C): money judgment for $5,075.00 (Defendant has paid $1,218.37).

   d. *Proctor v. Sorg* (CV-2009-0007859-C): money judgment for $1,271.67.

   e. *Proctor v. Volm* (CV-2009-07167): money judgment for $2,082.00 (defendant has paid $269.27).

2. TYPE OF SALE:  Public Auction
   Pending offers from:  Robert Colman, $1,200.00.

3. TERMS OF SALE:    Cash

4. TIME AND PLACE OF SALE: November 11, 2011 at 1:00p.m. at 410 S. Orchard Street, Suite 144, Boise, Idaho 83705.

NOTICE OF SALE BY TRUSTEE 10-02815 TLM

5. TREATMENT OF EXISTING LIENS: no known liens or exemptions.

6. VALUE OF PROPERTY TO BE SOLD: Based on information provided to the Trustee, the unpaid face value of the above judgments is approximately $10,630.00. However, Trustee cannot estimate how collectible any of the above debts are. Trustee makes no warranties or guaranties as to the amounts yet to be collected. Any interested bidder is required to conduct their own due diligence as to the collectability of the above judgments. Anyone seeking copies of the judgments may contact the trustee.

7. AUTHORITY FOR CONDUCTING SALE:    11 USC 363(f)(1)

8. MISCELLANEOUS INFORMATION:
Estimated net proceeds to be retained by the estate: $1,200.00.

This sale shall be effective immediately and the ten-day stay imposed by Rule 6004(g) and other rules is hereby waived.

Date: October 13, 2011

/S/ Jeremy J. Gugino
Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date as indicated below, I electronically filed the foregoing Notice of Sale by Trustee with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on the attached list.

*Electronic Notification*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

SARAH B BRATTON
873 E. STATE ST.
EAGLE, ID 83616

*Served by U.S. MAIL*

PROCTOR, LARRY S.
PROCTOR, NANCY ANN
5369 W. CROSSRIDGE CT.
MERIDIAN, ID 83646

Robert Colman
Eagle Judgment Recovery LLC
PO Box 824
Nampa, ID 83653

/S/  Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
*Date:   October 13, 2011*